**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **NORMAN IP HOLDINGS, LLC** | § | |
| | § | |
| v. | § | NO. 6:09-cv-270 |
| | § | |
| **CASIO COMPUTER CO., LTD., et al** | § | |

**FINAL JUDGMENT**

Pursuant to the Orders dismissing the claims of all parties, the Court hereby enters final judgment. Plaintiff Norman IP Holdings, LLC filed suit against seventeen (17) Defendants in this case. At this time, all Defendants have been dismissed: Sierra Wireless America, Inc., Sierra Wireless, Inc., Kyocera Corporation, Kyocera Communications, Inc., and Kyocera Wireless Corp. (Doc. No. 210); Sanyo Electric Co., Ltd. and Sanyo North America Corporation (Doc. No. 120); UTStarcom, Inc. (Doc. No. 94); Casio Computer Co. Ltd. and Casio Computer Corporation of America, Inc. (Doc. No. 84); Panasonic Corporation and Panasonic Corporation of North America (Doc. No. 83); Kyocera International Inc. and Kyocera America, Inc. (Doc. No. 75); Panasonic Consumer Electronics Devices, Panasonic Electronic Devices Corporation of America, and Panasonic Communication Corporation of American (Doc. No. 27).

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED** and **DECREED** that all claims and counterclaims in the instant suit be **DISMISSED** in their entirety, with prejudice as to certain parties.[1]

The Clerk of the Court is directed to close this case.

---

[1] The Court notes that not all parties were dismissed with prejudice.

**So ORDERED and SIGNED this 27th day of April, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**